# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**CLEMENT GAZZILLO, STEVEN WU, JAMES RENSLAND, and BARBARA MORRIS,** *on behalf of themselves and all others similarly situated*,
               Plaintiffs,

               **vs.**               1:17-CV-1077 (MAD/CFH)

**PLY GEM INDUSTRIES, INC.,** *d/b/a "Ply Gem"* **and PLY GEM HOLDINGS, INC.,** *d/b/a "Ply Gem,"*
               Defendants.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (Dkt. No. 28) is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 22nd day of October, 2018.

DATED: October 22, 2018

*[signature]*
Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk